UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>      Plaintiff,<br><br>  v.<br><br>Robert Rich;<br>Janet Rich;<br>Isabel Diaz;<br>Victor Diaz; and Does 1-10,<br><br>      Defendants. | Case: 2:14-CV-00652-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Pursuant to the parties' Stipulation (ECF No. 10) and Federal Rule of Civil Procedure 41, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT